**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M.J. Harris, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Mercury A/C & Heating, Inc., et al., <br><br> Defendants. | No. CV-10-8161-PCT-PGR <br><br> (Mohave County Superior Court No. CV2010-1638) <br><br> <u>ORDER OF REMAND</u> |

  The Court having ordered removing defendants Centimark Corporation and Arch Insurance Company to file an amended notice of removal to cure both jurisdictional and procedural irregularities in their Notice of Removal, and the removing defendants in response thereto having filed a Notice of Withdrawal of Notice of Removal to United States District Court for the District of Arizona (Doc. 10),

  IT IS ORDERED that this action is remanded to the Mohave County Superior Court.

  DATED this 10th day of September, 2010.

Paul G. Rosenblatt
United States District Judge